**Order entered June 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01728-CV

### IN THE INTEREST OF S.N.Z., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50064-06**

## ORDER

On May 30, 2013, we abated this appeal and ordered the trial court to file a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law that state the specific reasons for why the periods of possession ordered by the trial court varied from the Standard Possession Order. The trial court complied with this order, and we are now in receipt of those findings of fact and conclusions of law. Accordingly, we **REINSTATE** this appeal.

Appellant Teri Lynn Zeiler may file a supplemental brief challenging these findings of fact and conclusions of law with this Court no later than **5:00 p.m., July 26, 2013**. Appellees Todd and Kari Zeiler may file a responsive brief, which must be filed within **THIRTY DAYS** of the date appellant files her supplemental brief.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE